IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JASON SWIDERSKI | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 19-2321 |
| JOHN HARMON, *et al.* | : | |

## ORDER

**AND NOW**, this 8th day of November 2019, upon considering Plaintiff's Motion for appointment of attorney (ECF Doc. No. 59), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for appointment of attorney (ECF Doc. No. 59) is **GRANTED**;

2. The Clerk of Court will refer this matter to the Prisoner Civil Rights Panel seeking a volunteer attorney to represent Mr. Swiderski for thirty days;

3. The Clerk of Court shall mail a copy of the Prisoner Civil Rights Panel Program Description to Plaintiff; and

4. The Clerk of Court shall place this case in the **suspense** docket until further Order.

_____
KEARNEY, J.