IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON SWIDERSKI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-2321** |
| | : | |
| **JOHN HARMON**, *et al.* | : | |

## ORDER

**AND NOW**, this 16th day of July 2020, upon considering the Defendants' Motion to dismiss for the incarcerated Plaintiff's failure to prosecute discovery responses during the COVID-19 pandemic (ECF Doc. No. 112), mindful of Defendants' pending Motion for summary judgment (ECF Doc. No. 114), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Defendants' Motion to dismiss for failure to prosecute (ECF Doc. No. 112) is **DENIED**; and,

2. Given ongoing concerns with mail service, Defendants shall serve the accompanying Memorandum and this Order upon the *pro se* Plaintiff at his SCI Camp Hill facility identified in his February 24, 2020 Notice (ECF Doc. No. 97) by first class mail through Smart Communications/PADOC no later than **July 17, 2020**, file a certificate of service compliant with this Order no later than **July 20, 2020**, and amend the certificate if the mail returns as undeliverable.

_____
**KEARNEY, J.**