# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON SWIDERSKI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  19-2321 |
| | : | |
| **JOHN HARMON,** *et al.* | : | |

# ORDER

AND NOW, this 27th day of October 2020, upon considering Defendants' renewed Motion for summary judgment (ECF Doc. No. 126), without response from the Plaintiff for over seven weeks, and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. Defendants' renewed Motion (ECF Doc. No. 126) is **GRANTED** as there are no genuine issues of material fact precluding entry of judgment in Defendants' favor; and,

2. The Clerk of Court shall **close** this case.

**KEARNEY, J.**